Same case below, 318 S.W.3d 648.

**No. 10-6567. Anthony Eugene Lewis, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.**

562 U.S. 1067, 131 S. Ct. 687, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9303.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6568. Anthony Eugene Lewis, Petitioner v. King County, Washington.**

562 U.S. 1067, 131 S. Ct. 651, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9366.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6570. Ronald J. Mulder, Petitioner v. Brian Williams, Warden.**

562 U.S. 1068, 131 S. Ct. 651, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9342.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 666.

**No. 10-6577. Michael Raver, Petitioner v. Tim Brunsman, Warden.**

562 U.S. 1068, 131 S. Ct. 651, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9325.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 558.

**No. 10-6583. Francisco Javier Medina, Petitioner v. Larry E. Scribner, Warden.**

562 U.S. 1068, 131 S. Ct. 651, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9408,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6585. Allen Lynn Jeffries, Petitioner v. Anthony Hedgpeth, Warden.**

562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9220.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6587. Gary Ray Bowles, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1068, 131 S. Ct. 652, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9294.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 608 F.3d 1313.

**No. 10-6590. Danny Ray Meeks, Petitioner v. Tennessee Department of Corrections, et al.**

562 U.S. 1068, 131 S. Ct. 687, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9174,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.